Filed: March 11, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6377,     Ronnie Payne v. Patricia Stansberry, et al
3:06-cv-00852-MHL

_____

INFORMAL BRIEFING ORDER
_____

This case has been placed on the Court's docket under the above-referenced number, which should be used on papers subsequently filed in this Court.

The case shall proceed on an informal briefing schedule pursuant to Local Rule 34(b). The **Informal Brief Form** is attached. Informal briefs shall be served and filed within the time provided in the following schedule. Only the original Informal Brief is required; no copies need be filed unless requested by the Court.

**Informal Opening Brief due**: April 4, 2008

**Informal Response Brief permitted within 17 days of filing of Informal Opening Brief**

**Informal Reply Brief permitted within 10 days of filing of Informal Response Brief, if any**

If the Informal Opening Brief is not served and filed within the scheduled time, the case will be subject to dismissal pursuant to Local Rule 45 for failure to prosecute. Extensions of briefing deadlines are not favored by the Court and are granted only for good cause stated in writing.

The Court will not consider issues that are not specifically raised in the Informal Opening Brief. If a transcript is necessary for consideration of an issue, appellant must order the transcript. Parties who qualify to proceed without prepayment of fees and costs may apply for preparation of the transcript at government expense. A motion for transcript at government expense should be filed in the district court in the first instance.

The record is filed in the Court of Appeals in informally briefed cases. Therefore, no appendix is necessary. Any party wishing to review the record in the Clerk's Office must make advance arrangements to do so.

The Court will not appoint counsel or schedule a case for oral argument unless it concludes, after having reviewed the Informal Opening Brief, that the case cannot be decided on the basis of the informal briefs and the record.

Counsel filing an informal brief must complete and file an **Appearance of Counsel** form with the Informal Brief.

Parties in civil and agency appeals **must** file a **Disclosure of Corporate Affiliations** within **14 days** of the Informal Briefing Order, except that a disclosure statement is **not** required from the United States, from indigent parties, or from state or local governments in pro se cases.

Parties are responsible for ensuring that social security numbers, juvenile names, dates of birth, and financial account numbers are redacted from any documents filed with the Court and that any sealed materials are filed in accordance with the enclosed **Memorandum on Sealed and Confidential Materials**.

                                        PATRICIA S. CONNOR
                                               CLERK
                                    By: Taline Akseraylian
                                            Deputy Clerk

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DIRECTIONS FOR INFORMAL BRIEF

1. **Preparation of Brief**. The Court will consider this case according to the written issues, facts, and arguments presented in the Informal Briefs. Space is provided to present up to four issues. Additional issues may be presented by attaching additional sheets. The Court will not consider issues that are not specifically raised in the Informal Briefs. Informal Briefs must be legible and concise, and any attached pages must be sequentially numbered. Informal Briefs may be filed on the form provided or in memorandum or formal briefing format.

2. **Copies required**.

\* File the original of the Informal Brief with the Court. If you would like a file stamped copy returned, send an extra copy and a self addressed stamped envelope. The Court's address is:

Clerk
U.S. Court of Appeals, Fourth Circuit
U.S. Courthouse Annex, 5th Floor
1100 East Main Street
Richmond, VA 23219

\* Send one copy of the Informal Brief to each of the parties in the case.

3. **Certificate of Service Required**. You must certify that you sent each of the other parties or attorneys complete copies of all documents you send the Court. Service on a party represented by counsel shall be made on counsel. Be certain that your certification shows the complete name and address of each party or attorney to whom copies were sent and the date of mailing.

4. **Signature Required**. You must sign your Informal Brief and all Certificates of Service. If the Informal Opening Brief is not signed, the case will be subject to dismissal under this Court's Local Rule 45.

UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**INFORMAL BRIEF**

No.  08-6377,      Ronnie Payne v. Patricia Stansberry, et al
                   3:06-cv-00852-MHL

1. **Jurisdiction (for appellants/petitioners only)**
A. Name of court or agency from which review is sought:


B. Date(s) of order or orders for which review is sought:


2. **Timeliness of notice of appeal or petition for review (for prisoners only)**
Exact date on which notice of appeal or petition for review was placed in institution's internal mailing system for mailing to court:


3. **Issues for Review**
Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.**


**Supporting Facts and Argument.**



**Issue 2.**


**Supporting Facts and Argument.**


**Issue 3.**


**Supporting Facts and Argument.**


**Issue 4.**

**Supporting Facts and Argument**

4. **Relief Requested**
Identify the precise action you want the Court of Appeals to take:

5. **Prior appeals (for appellants/petitioners only)**
A. Have you filed other cases in this Court? Yes [ ] No [ ]
B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

_____
Signature
[Notarization Not Required]

_____
[Please Print Your Name Here]

**CERTIFICATE OF SERVICE**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

I certify that on _____ I served a copy of this Informal Brief with any attachments on all parties, addressed as shown [list parties' names and the addresses at which they were served below]:

_____
Signature

<u>MEMORANDUM ON SEALED AND CONFIDENTIAL MATERIALS</u>
<u>LOCAL RULE 25(c)</u>

<u>Redaction of Personal Data Identifiers</u>:  Parties must redact sensitive personal data before filing documents with the Court to ensure that such data is not made available in electronic form either on the Court's internet site or on other sites that collect and publish court information.  Parties must not include, or must partially redact where inclusion is necessary, the following personal data identifiers:

- Social Security & EIN Numbers: Use 4 digits only.
- Names of Minor Children: Use initials only.
- Dates of Birth: Use year only.
- Financial Account Numbers: Use last 4 digits only.
- Home Addresses in Criminal Cases: Use city and state only.

If these identifiers must be included in full in documents filed with the Court, the documents must be filed under seal with a certificate of confidentiality, and redacted copies of the documents must be filed for the public file.  If unredacted identifiers are contained in the case caption, a motion to amend caption should be filed.  Parties should exercise caution with regard to other sensitive personal data, such as personal identifying numbers, medical records, employment history, financial information, proprietary or trade secret information, information regarding an individual's cooperation with the government, information regarding the victim of any criminal activity, national security information, and sensitive security information.  Counsel should notify their clients that personal information may be made available over the internet, so that an informed decision can be made about inclusion of sensitive information.  The clerk will not review filings for redaction or sealing.

<u>Certificates of Confidentiality</u>:  Personal data identifiers and material sealed by the district court or agency may be filed under seal on appeal if accompanied by a [certificate of confidentiality](certificate of confidentiality) in the format provided by the Court.

<u>Motions to Seal</u>:  A party seeking to seal material in addition to personal data identifiers or material sealed below; to seal an entire brief, motion, or other non-record document; or to seal all party filings on appeal, must file a motion to seal in this Court.  Cases which proceeded under seal in the district court, including grand jury matters, will not proceed under seal on appeal unless this Court grants a motion to seal the parties' filings on appeal.

<u>Appendices</u>: When sealed material is included in the appendix, it must be segregated from other portions of the appendix and filed in a separate, sealed volume of the appendix. The front of the sealed volume must be conspicuously marked SEALED, and the volume must be accompanied by a certificate of confidentiality. Four copies of sealed volumes of the appendix must be filed, together with four copies of the certificate of confidentiality, in an envelope marked SEALED. Six copies of unsealed volumes of appendix are required (five copies from court-appointed counsel).

<u>Briefs, Motions, and Other Documents</u>: When sealed material is included in a brief, motion, or any document other than an appendix, two versions of the document must be filed: (i) a complete version under seal in which the sealed material has been distinctively marked and (ii) a redacted version of the same document for the public file. The front of the sealed brief, motion, or other document must be conspicuously marked SEALED, and the document must be accompanied by a certificate of confidentiality or motion to seal. Four copies of sealed versions of briefs, motions, or other documents must be filed, together with four copies of the certificate of confidentiality or motion to seal, in an envelope marked SEALED. The usual number of copies of unsealed versions of the brief, motion or other document are required (eight copies of briefs, six from court-appointed counsel).

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

CHANGE OF ADDRESS NOTICE (PRO SE)
_____

No.  08-6377,        Ronnie Payne v. Patricia Stansberry, et al
                     3:06-cv-00852-MHL


If your address changes, it is your obligation to notify the Clerk. If your address changes and you do not notify the Clerk, we will not be responsible for your failure to receive documents from the Court.

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

| |
|---|
| Name: |
| Street/P. O. Box: |
| City/State/ZIP: |
| Telephone Number: |
| Prison (if applicable): |
| Prisoner's Reg. No. (if applicable): |
| Release Date (if applicable): |
| Effective Date: |
| Signature: |